USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 21, 2014

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GABBY KLEIN, individually and on behalf of all others similarly situated,<br><br>                 Plaintiff,<br>    v.<br><br>MEADOWBROOK INSURANCE GROUP, INC., ROBERT S. CUBBIN, and KAREN M. SPAUN,<br><br>                Defendants. | Case No. 13-CV-5748<br><br>Hon. Katherine P. Failla<br><br>ECF Case |
| ANITA SALBERG and FAMILY ESTATES DEVELOPMENT COMPANY INC., individually and on behalf of all others similarly situated,<br><br>                 Plaintiffs,<br>    v.<br><br>MEADOWBROOK INSURANCE GROUP, INC., ROBERT S. CUBBIN, and KAREN M. SPAUN,<br><br>                Defendants. | **SCHEDULING ORDER**<br><br><br>Case No. 13-CV-7094<br><br>Hon. Katherine P. Failla<br><br>ECF Case |

The Court hereby orders the following:

1.     Co-Lead Plaintiffs shall file a consolidated complaint by no later than April 23, 2014;

2.     Defendants, should they seek to move to dismiss the consolidated complaint, shall file a pre-motion letter as laid out in the Court's Individual Rules no later than 30 days after the filing of the consolidated complaint; and

3.     Should Defendants file a pre-motion submission regarding an anticipated motion to dismiss the consolidated complaint, Co-Lead Plaintiffs shall file a responsive letter as laid out in the Court's Individual Rules within three days of Defendants' pre-motion letter.

SO ORDERED.

Dated:  March 21, 2014
      New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge